AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: __13-m-226__

Information associated with the account:
dharma65@gmail.com

which is stored at a premises owned, maintained, controlled, or operated by Google, Inc., an email provider headquartered at Google Legal Investigations Support, 1600 Amphitheatre Parkway, Mountain View, California, 94043, and is described in Attachment A.

**TO: Any authorized officer of the United States:**

### SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property: See Attachment A.

The person or property to be searched, described above, is believed to conceal: See Attachment B.

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before __April 12__, 2013
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Patricia J. Gorence

Date and time issued __April 1, 2013 2:30 p.m.__

*Judge's signature*

City and state: Milwaukee, Wisconsin

THE HONORABLE PATRICIA J. GORENCE
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 13-m-226 | 04-09-2013 10:00am | Served via fax |

Inventory made in the presence of

Inventory of person or property taken and name of any person(s) seized:

- One CD-R or DVD containing available data for Google gmail email account DHARMA65@GMAIL.COM; disc dated 05.20.2013; with associated documents. (Received via FED EX on 05.22.2013)

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 13, 2013

*(Executing officer's signature)*

Ann Phillippi, TFO
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

Patricia J. Gorence
*(U.S. Judge or Magistrate Judge)*

June 13, 2013
*(Date)*